WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA  2955-0
Central Pacific Plaza
220 S. King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.: (808) 528-8880
Facsimile No.: (808) 528-8881
e-mail:  aikeda@unioncounsel.net

Attorney for Plaintiffs
TRUSTEES OF THE HAWAII SHEET
METAL WORKERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS (Hawaii Sheet Metal Workers' Health & Welfare Trust Fund; Hawaii Sheet Metal Workers' Pension Trust Fund; Hawaii Sheet Metal Workers' Training Trust Fund; Hawaii Sheet Metal Workers' Vacation & Holiday Trust Fund; and Hawaii Sheet Metal Workers' Annuity Profit Sharing Fund, by their Trustees, Kevin Hirayama, Glenn Saito, Skye Matsumoto, Sam Fujikawa, Paul Saito, Arthur B. Tolentino, Rick V. Paulino, Jeanine Lum, and Marc Rifkind), <br><br> Plaintiffs, <br><br> vs. | CIVIL NO. 23-00202 SOM-KJM <br><br> **DEFAULT JUDGMENT AGAINST DEFENDANT GORDON MECHANICAL LLC, a Hawaii Limited Liability Company** |

|  |  |
|---|---|
| GORDON MECHANICAL LLC, a Hawaii Limited Liability Company, | ) ) ) ) ) |
| Defendant. | ) ) ) |

# DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT GORDON MECHANICAL LLC, a Hawaii Limited Liability Company

Defendant GORDON MECHANICAL LLC, a Hawaii Limited Liability Company ("Defendant"), having failed to plead or otherwise defend in this action and its default having been entered herein;

NOW, upon application of the above-named Plaintiffs and upon the declarations submitted, JUDGMENT IS HEREBY ENTERED against Defendant, in the sum of $197,421.59, together with liquidated damages accruing from April 25, 2023 until entry of this judgment herein at $88.85 per diem, plus legal interest from entry of this judgment until paid.

IT IS FURTHER ORDERED that the entry of this judgment shall be without prejudice to Plaintiffs' right to seek other and further sums owed by Defendant, arising from hours worked during any period of time not heretofore audited.

DATED: Honolulu, Hawaii, June 16, 2023 _____.



/s/ Lucy H. Carrillo, Clerk by EA, Deputy Clerk
_____
CLERK OF THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF HAWAII

---------------------------------------------------------------------------------
*TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS, et al., ("Plaintiffs") v. GORDON MECHANICAL LLC, a Hawaii Limited Liability Company ("Defendant");* United States District Court, District of Hawaii; CIVIL NO.23-00202 SOM-KJM; DEFAULT JUDGMENT AGAINST DEFENDANT GORDON MECHANICAL LLC, a Hawaii Limited Liability Company.